UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAYED MUZAMEL SADAT,

Petitioner,

v.

MARCELLO VILLEGAS,

Respondent.

No. 1:26-CV-00300-H

**ORDER**

Petitioner, a native and citizen of Afghanistan, filed a habeas petition challenging the legality of his post-removal-order detention since December 12, 2025. Proceeding pro se, he claims that his prolonged detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001) and seeks immediate release.

On July 16, 2026, Respondent filed a response and relevant records, arguing that the Court should deny the petition because Petitioner is likely to be removed from the United States in the reasonably foreseeable future and that any delay in his removal has been caused by Petitioner's failure to cooperate with ICE. Dkt. Nos. 5, 6.

On July 27, Petitioner filed a reply and declaration, contending that his removal is not likely to occur in the reasonably foreseeable future. Dkt. No. 8. He insists that has been cooperative and that, since April 2026, ICE has not taken any additional efforts to effectuate his removal.

Although preliminary briefing on Petitioner's petition is complete, it appears the petition is now moot. It is undisputed that Petitioner's removal order became administratively final over nine months ago and that ICE has since taken several measures in an effort to procure his removal to a third country. *See* Dkt. No. 6. And, after

conducting a search on the U.S. Immigration and Customs Enforcement (ICE)'s online detainee locator system, the Court confirms and takes judicial notice of the fact that, as of today, Petitioner is no longer in ICE custody.[1] *See Chay v. Holder*, 470 F. App'x 406, 407 (5th Cir. 2012) (citations omitted).

Petitioner's petition is therefore dismissed for lack of jurisdiction as moot. Petitioner's motion to expedite, Dkt. No. 9, is denied as moot.

So ordered.

The Court will enter judgment accordingly.

Dated October 28, 2026.

JAMES WESLEY HENDRIX
United States District Judge

[1] *See* https://locator.ice.gov/odls/#/search (last visited October 27, 2026).